RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT    2024 DEC 11  AM 8:44
SOUTHERN DISTRICT OF NEW YORK

Andre Antrobus

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

NYC. Department of Corrections
, New york city &
Et AL        plus
unknown employees    et AL

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☐  Violation of my federal constitutional rights _____

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Andre _____ Antrobus
First Name        Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

990 2400231
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

G.R.V.C        Rikers Island
Current Place of Detention

09-09 Hazen st
Institutional Address

East Elmhurst        NY        11370
County, City                State        Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced prisoner

☐  Other: _____

## IV.  DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   Department of corrections

First Name              Last Name            Shield #

Head qauters

Current Job Title (or other identifying information)

75 20        Astoria    bld

Current Work Address

East Elmhurst NY 11370

County, City                    State              Zip Code

Defendant 2:   New        York city

First Name              Last Name            Shield #

Current Job Title (or other identifying information)

city    hall    park

Current Work Address

East Elmhurst New York NY 100?

County, City                    State              Zip Code

Defendant 3:   unknown Employees

First Name              Last Name            Shield #

Current Job Title (or other identifying information)

09 09 hazen st / 1600 hazen

Current Work Address

East Elmhurst NY 11370

County, City                    State              Zip Code

Defendant 4:

First Name              Last Name            Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                    State              Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: Amkc  Obcc  and  GRVC

Date(s) of occurrence: 07-29-22 to 01-31-23, 02-01-23 to 12-2-24

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach
additional pages as necessary.

Blocking my religious rights and my con-
stitutional rights of amendment
to talk to my God or pray on
practice spiritual rights! Also to
portray me as a mental
health homeless Bum That Don't
attend to appearance as normal
to attend to his hygiene! not
cutting his facial hair for trial
12-2-24 to
1) + sent and talk to city council several times
                                              against
and violations of those rights
to practice spiritual services as in
prayer in kemetic as ex: cutting you
under arm, pubic Hair as uncle-
ansed to talk to god like Islam
wu doo you have to cleanse thy self
                                     against to
2) practice theses Religions cause of
Barriers

Also Justine Bowenski is suppose to Be a
witness on case: 70448-22 and witnessed Retaliation

3)

4)

D-O-C took away Razors to Mental heath housing units only offering Barber shop every other month every 2 to 3 weeks against correction law and New York Codes Rules & Regulations: D-O-C Always making oral rules against the law & Rules of NYCRR 1) cant send mail "martinez rule" 2) can't posses any evidence "Blocking Defense 3) no razors to pray 4) can't make copies of evidence from Discovery

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

violating my federal rights and constitutional rights to practice Religion againsts

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

$ 2,000,000.00    Punitive Damages
$ 2,000,000.00    Compensative Damages

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 11/27/24 | Uncle Anthu |
|---|---|
| Dated | Plaintiff's Signature |

| Andre | | Antropos |
|---|---|---|
| First Name | Middle Initial | Last Name |

09-09 Hazen Street
Prison Address

| East Elmhurst | NY | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:  11/27/24

Page 6



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

| Inmate's Name: | Book & Case #: | NYSID #: |
|---|---|---|
| | | |

| Facility: G.R.V.C | Housing Area: 19A Place | Date of Incident: 11-24-24 | Date Submitted: 10-25-2 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I was denied 11-24-24 at G.R.V.C and Retaliated and locked in the cell several times like other William Hernandez; the "attorn" fingerprints

**Action Requested by Inmate:** policy at locking inmate health detainees in cell

### Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☐

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: 10-25-2 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

**ATTACHMENT - B**

 

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION



| OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES INMATE STATEMENT FORM | Form: 7101R<br>Eff.: 2/25/20<br>Ref.: Dir. 3376R- |
|---|---|

The Office of Constituent and Grievance Services (OCGS) at the NYC Department of Correction is available to resolve your individual complaints or concerns about specific matters involving incarceration.
You may first seek to resolve the issue or condition by speaking to the involved staff or your housing area officer.

* A grievance is a written or electronic (311) submission by an inmate in the Department's custody about an issue or condition relating to the inmate's confinement. Before you seek relief from an external entity, like the courts or another agency, you should file a grievance with this office.

* You have the right to file a grievance. If you believe Department staff is retaliating against you because of a grievance you submitted, you can file a staff complaint through the grievance process. There must be some connection between the previous grievance you filed and the staff complaint to claim retaliation. Retaliation is any action or threat of action against an incarcerated individual who participates in the grievance process. Retaliation by Departmental staff against anyone for participating in the grievance process is strictly prohibited. Behaviors that may be considered retaliatory include, but are not limited to: threats, reprimands, harassment, or denial of certain privileges.

* Inmates are only allowed to file one complaint for each grievance either written on this form or calling 311.

* Inmates shall not file repetitive grievances on this form or call 311, where the time frame to investigate said grievance has not expired. This will be considered misuse. All grievances have a seven day investigation timeframe.

*All grievance forms must be signed. Failure to sign form will be deemed invalid.*

## THE SUBMISSION AND APPEALS PROCESSES

**1.SUBMISSION**
Submit this form (Statement form) to the OCGS office, OCGS staff, or drop it in a grievance box. Your grievance form will be returned to you if the complaint is outside of OCGS jurisdiction such as complaints in regards to disciplinary process; if the grievance contains multiple issues; or if the grievance form is not signed. Please speak with the grievance staff in your facility for additional information.

**2.FORMAL RESOLUTION**
You will receive a proposed resolution within seven (7) business days after the OCGS receives the form. If you disagree with the proposed resolution, you will have two business days to request an appeal to the facility Commanding Officer.

**3.COMMANDING OFFICER'S REVIEW**
The OCGS staff will forward your appeal to the commanding officer within one business day of receiving it. Within five (5) business days of receiving the appeal, the commanding officer will render a written disposition, you will have two (2) business days to appeal to the Division Chief.

**4.APPEAL TO THE DIVISION CHIEF**
The OCGS staff will forward your appeal to the Division Chief within one business day of receiving it. Within five (5) business days of receiving the appeal, the Division Chief will render a written disposition.

**5.CENTRAL OFFICE REVIEW COMMITTEE**
If you disagree with the Division Chief's disposition, you will have two (2) business days to appeal to the Central Office Review Committee (CORC). The CORC will render a disposition within fifteen business days of receiving the appeal. The CORC's disposition constitutes the Department's final decision.

| GRIEVANCE CATERGORIES | | CATERGORIES NOT SUBJECT TO THE GRIEVANCE PROCESS |
|---|---|---|
| 1. CLASSIFICATION/SRG STATUS | 13. MENTAL HEALTH | 1. ASSAULT ALLEGATION |
| 2. CLOTHING | 14. PERSONAL HYGIENE | 2. SEXUAL ABUSE/SEXUAL HARASSMENT (PREA) |
| 3. COMMISSARY | 15. PHONE | 3. HARASSMENT ALLEGATION |
| 4. CORRESPONDENCE / MAIL | 16. PROGRAMS | 4. STAFF COMPLAINT |
| 5. EMPLOYMENT | 17. PROPERTY | 5. INMATE ALTERCATION |
| 6. ENVIRONMENTAL | 18. RECREATION | 6. INMATE ON INMATE SEXUAL ABUSE/SEXUAL HARASSMENT |
| 7. FOOD | 19. RELIGION | ALLEGATION (PREA) |
| 8. INMATE ACCOUNT | 20. RULES AND REGULATIONS | 7. INMATE-ON-INMATE VERBAL HARASSMENT ALLEGATION |
| 9. JAIL TIME | 21. SCHOOL | 8. STATUS AS AN INTENDED CONTRABAND RECIPIENT, |
| 10. LAUNDRY | 22. SEARCH | ENHANCED RESTRAINT STATUS, RED ID OR CMC) |
| 11. LAW LIBRARY | 23. SOCIAL SERVICES | 9. MEDICAL STAFF / MENTAL HEALTH STAFF |
| 12. MEDICAL/ACCESS TO | 24. TRANSPORTATION | 10. REQUEST FOR PROTECTIVE CUSTODY |
| SICK CALL | 25. VISIT | 11. REQUEST FOR ACCOMMODATION DUE TO DISABILITY |
| | 26. OTHER | 12. FREEDOM OF INFORMATION LAW REQUEST |
| | | 13. HOUSING |
| | | 14. INMATE GRIEVANCE |
| | | 15. OTHER |



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

DAVID Cruz Rodriguez
99024 00327
09 09 hAzen St
EAStc)mhurst NY 11377
UNited StAtes District Co..
Southern PeArL
500 PeArL
New york

UNITED STATES
POSTAL SERVICE®

Retail

RDC 99

10007

U.S. POSTAGE PAID
FCM LG ENV
ASTORIA, NY 11103
DEC 02, 2024
$2.87
S2324M503666-2

1000781330 0059